# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TERRENCE R. YOAST,**<br>　　　　　**Plaintiff,**<br>　　v.<br>**POTTSTOWN BOROUGH,** *et al.*,<br>　　　　　**Defendant.** | **CIVIL ACTION NO. 19-720** |

## ORDER

**AND NOW,** this 21st day of March 2022, upon consideration of the Motion for Summary Judgment filed by Defendants Primecare Medical, Inc. and Anthony Hoch, [Doc. No. 131], the Motion for Summary Judgment filed by Defendants Correctional Officer VanDorick, Correctional Officer Stein, and Montgomery County [Doc. No. 133], Plaintiff's responses thereto, and Defendants' replies, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendants' Motions are **GRANTED** and all claims in the Second Amended Complaint are **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case.

　　It is so **ORDERED.**

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　/s/ Cynthia M. Rufe
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**CYNTHIA M. RUFE, J.**